## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-252-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT DOUGLAS MORRISON,

    Defendant.

---

### ORDER GRANTING MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE
---

    This matter comes before the court on the Unopposed Motion to Amend the Conditions of Pre-Trial Release Pursuant to 18 U.S.C. §3142(c)(3) &3142(f)(2) [#20, filed November 24, 2020], which was referred to the undersigned Magistrate Judge pursuant to D.C.COLO.CrR 57.1 and the Memorandum dated December 2, 2020 [#21]. Counsel for the government confirmed that the government had no objection to the modification to eliminate the requirement for Defendant Robert Douglas Morrison ("Defendant" or "Defendant Morrison") to reside at a halfway house and instead to reside at a private residence approved by his supervising officer from the United States Probation Office. Due to the COVID-19 pandemic and its resulting strain on various components on the judicial system, including defendants, and the unopposed nature of this Motion, this court finds that modification without a hearing is appropriate. **The court specifically advises Defendant Robert Douglas Morrison all other conditions for his pretrial release remain in place, including but not limited to his requirement to seek permission from the court before leaving the District of Colorado**. [#42 at 2]. The court further specifically advised Defendant

that violation of conditions of his pretrial release could result in consequences, up to revocation of such release. Accordingly, **IT IS ORDERED** that:

(1) Defendant's Unopposed Motion to Amend the Conditions of Pre-Trial Release Pursuant to 18 U.S.C. §3142(c)(3) &3142(f)(2)  [#20], is **GRANTED**;

(2) Within twenty-four (24) hours of release from his halfway house placement, Defendant Robert Douglas Morrison will **CONTACT** the United States Probation Office or his supervising officer, Robert Haberman, for further reporting instructions, if any. **Failure to do so may place him in absconsion status**; and

(3) All other conditions for pretrial release applicable to Defendant Robert Douglas Morrison as set forth in the Conditions for Release [#16], including the restriction on travel, **REMAIN SET**.

DATED: December 3, 2020               BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge