IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00252-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ROBERT DOUGLAS MORRISON,**

        **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

        MR. ROBERT DOUGLAS MORRISON, by and through undersigned counsel, Timothy P. O'Hara, respectfully requests Document Nos. 34 and 35 be restricted at Level 2.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/Timothy P. O'Hara*_____
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Timothy_OHara@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Patricia Davies
    Assistant U.S. Attorney
    Email:  Patricia.Davies@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Robert Douglas Morrison (U.S. Mail)

    *s/Timothy P. O'Hara*_____
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy.OHara@fd.org
    Attorney for Defendant